# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan (Flint)

In re  Richard Steward and Jeri Steward                              Case No.  10-31351
        Debtor                                                        Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.

**Name of creditor:**  BAC Home Loans Servicing, L.P. f/k/a

**Court claim no.** (if known):  5

**Date of payment change:**
Must be at least 21 days after date of this notice  02/01/2012

**Last four digits** of any number you use to identify the debtor's account:  2254

**New total payment:**
Principal, Interest, and escrow, if any  $777.29

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:  $232.57            New escrow payment:  $218.74

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment changed based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____            New interest rate: _____

Current principal and interest payment: _____            New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____            New mortgage payment: _____

| Part 4: Sign Here |
|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Sharon Ross-Kelly           Date  01/06/2012
Assistant Vice President

Specific Contact Information:           Bank of America, N.A.
Phone: 214-209-8446                    2380 Performance Dr.
Email: sharon.ross-kelley@bankofamerica.com    Richardson, TX 75082

## CERTIFICATE OF SERVICE

I hereby certify that on January 06, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Richard Steward
Jeri Steward
4392 Dublin Road
Burton, MI 48519

Debtor's Attorney:

Jesse R. Sweeney
29777 Telegraph Rd.
Suite 2500
Southfield, MI 48034

Trustee:

Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502

/s/ Bill Taylor
Authorized Agent

0-96265517-7c43-4f28-a307-b0a68e7f2806



**Bank of America Home Loans**

Customer Service
P.O. Box 940435
Simi Valley, CA 93094-0435

Notice date: 11/09/2011
Account No.: ▇▇▇▇▇▇
Property address:
4392 Dublin Rd.
Burton, MI 48529

```
0000502 01 MB 0.387 **AUTO  T3 0 9562 48502-2045
MSO TL AG 074------0--2-9T C0000077 IN P00502
CARL L. BEKOFSKE
400 N. SAGINAW STREET STE 331
FLINT MI 48502-2045
```

Pursuant to an Agreement with the Federal Trade Commission, Bank of America, N.A. is required to provide Chapter 13 trustees with a written informational notice on a monthly basis.

Please find enclosed a copy of this month's informational notice for the following:
Richard & Jeri R Steward



**Bank of America Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Notice date: 11/09/2011
Account No.: ▮▮▮▮▮▮▮▮
Property address:
4392 Dublin Rd.
Burton, MI 48529

RICHARD & JERI R STEWARD
4392 Dublin Rd
Burton MI 48529-1839

### IMPORTANT MESSAGE ABOUT YOUR LOAN

Enclosed is an escrow analysis for your loan. The purpose of this notification is to advise you that the escrow portion of your payment is changing to $218.74 effective February 01, 2012.

### WHAT THIS MEANS

This notification is for informational purposes only. Your next statement will arrive shortly. It will provide a payment coupon and will include the new escrow payment amount of $218.74.

### ADDITIONAL INFORMATION

| | |
|---|---|
| Principal Balance | $84,212.89 |
| Partial Payment Balance | $953.40 |
| Home loan payment due 11/01/2011 | $791.12 |

This informational notice is being sent to the following borrowers at address set forth above in reference to the Chapter 13 Bankruptcy filing: RICHARD STEWARD, JERI R STEWARD

### WHAT YOU NEED TO DO

Please keep this notification for your records.

### THANK YOU FOR YOUR BUSINESS

For additional information regarding your escrow analysis, or any other account details, call 1.800.669.5224, Monday-Friday 7a.m. - 7p.m. Local Time. The address for general inquiries and all RESPA Qualified Written Requests is: Bank of America, N.A., Attn: Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170.



**Bank of America**
**Home Loans**

Account Number ███
Property address
4392 Dublin Rd.

Richard & Jeri R Steward

Statement date
11/09/2011

## ESCROW ACCOUNT REVIEW

**ESCROW EXPLAINED** Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment.

See below for:
- an in-depth explanation of each step of your escrow analysis
- side-by-side comparison of last year's projected and actual data

### SUMMARY

| | | |
|---|---|---:|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $218.74 |
| Shortage payment *(see Step 2)* | The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year | $0.00 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $0.00 |

**New monthly escrow payment** *(see Step 4)* — **$218.74**
**New monthly home loan payment effective 02/2012** *(see Step 4)* — **$777.29**

## HOW WE CALCULATE YOUR ESCROW PAYMENT

### STEP 1 — Determine base amount needed for the year

| Escrow items | Amount needed | Frequency in months | Monthly amount needed |
|---|---:|---:|---:|
| Homeowners insurance | $1,223.08 | 12 | $101.92 |
| City taxes | 1,127.29 | 12 | 93.94 |
| City taxes | 274.50 | 12 | 22.88 |
| **Total monthly base payment amount** | | | **$218.74** |

### STEP 2 — Determine lowest projected balance

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance |
|---|---:|---:|---:|---:|---:|
| Beginning balance | | | | | $1,462.22 |
| | 358.89 | | | | 1,821.11 |
| December 2011 | | 274.50 | | | 1,546.61 |
| February 2012 | 218.74 | | | | 1,765.35 |
| March 2012 | 218.74 | | | | 1,984.09 |
| April 2012 | 218.74 | | 1,223.08 | | 979.75 |
| May 2012 | 218.74 | | | | 1,198.49 |
| June 2012 | 218.74 | | | | 1,417.23 |
| July 2012 | 218.74 | | | | 1,635.97 |
| August 2012 | 218.74 | 1,127.29 | | | 727.42* |
| September 2012 | 218.74 | | | | 946.16 |
| October 2012 | 218.74 | | | | 1,164.90 |
| November 2012 | 218.74 | | | | 1,383.64 |
| December 2012 | 218.74 | 274.50 | | | 1,327.88 |
| January 2013 | 218.74 | | | | 1,546.62 |
| **Ending balance** | | | | | **$1,546.62** |

**Lowest projected balance** — $727.42
**Shortage payment amount** — $0.00

\* Lowest projected balance (LPB)

Your Lowest Projected Balance (LPB) reflects a balance above zero. In the next step, we will compare this amount to your escrow reserve requirement to determine if there is an overage.

### STEP 3 — Determine reserve requirement

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | |
|---|---:|
| Lowest projected balance *(see step 2 above)* | $727.42 |
| Total reserve requirement (16.6% of the base amount) * | 435.73 |
| Additional amounts required | .00 |
| **Monthly reserve requirement ($0.00 divided by 12)** | **$0.00** |
| **Available overage** | **$291.69** |

\* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

Our records reflect that your Lowest Projected Balance (LPB) exceeds the reserve requirement amount. As a result, it is anticipated that you will have an overage of funds. Provided that your loan payments are current and there are no unexpected changes, we will forward an escrow overage check on 12/09/11 which you should receive within 10 days after mailing. Please note that we are unable to forward overage checks if your loan is undergoing a loan assumption. Any available overage of less than $50.00 will be credited to your escrow account and can possibly lower your monthly escrow payment.

**STEP 4**

### Determine monthly payments

#### Calculation of monthly escrow payment

| | |
|---|---:|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $218.74 |
| Shortage payment *(see Step 2)* | .00 |
| Reserve requirement *(see Step 3)* | .00 |
| **Total monthly escrow payment** | **$218.74** |

#### Calculation of monthly home loan payment

| | |
|---|---:|
| Principal and/or interest | $558.55 |
| Total monthly escrow payment | 218.74 |
| **Total monthly home loan payment effective 02/2012** | **$777.29** |

## LAST YEAR IN REVIEW

### Current analysis compared to previous

*Monthly amount*

| Amount needed for taxes and insurance | Last analysis | This analysis |
|---|---:|---:|
| Homeowners insurance | $100.74 | $101.92 |
| City taxes | 102.00 | 93.94 |
| City taxes | 29.83 | 22.88 |
| Total base escrow payment | $232.57 | $218.74 |
| Shortage payment | .00 | .00 |
| Reserve requirement | .00 | .00 |
| Rounding amount | .00 | .00 |
| **Monthly escrow payment** | **$232.57** | **$218.74** |
| Principal and/or interest | $558.55 | $558.55 |
| Monthly escrow payment | 232.57 | 218.74 |
| **Total payment amount** | **$791.12** | **$777.29** |

### Summary of escrow change

As shown, your base escrow amount decreased. Your reserve percentage remained unchanged. Your reserve payment remained unchanged. The result of these issues caused your total escrow payment to decrease. Additionally, you were left with a overage.

A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.

### Last year's escrow payments



**Projected**

| Date | Activity | Paid in | Paid out | Balance |
|---|---|---:|---:|---:|
| | Beginning balance | | | $2,100.39 |
| 12/02/2010 | City taxes | | 357.97 | 1,742.42 |
| 02/01/2011 | Feb Payment | 232.57 | | 1,974.99 |
| 03/01/2011 | Mar Payment | 232.57 | | 2,207.56 |
| 04/01/2011 | Apr Payment | 232.57 | | 2,440.13 |
| 04/02/2011 | Homeowners insurance | | 1,208.89 | 1,231.24 |
| 05/01/2011 | May Payment | 232.57 | | 1,463.81 |
| 06/01/2011 | Jun Payment | 232.57 | | 1,696.38 |
| 07/01/2011 | Jul Payment | 232.57 | | 1,928.95 |
| 08/01/2011 | Aug Payment | 232.57 | | 2,161.52 |
| 08/02/2011 | City taxes | | 1,224.02 | 937.50* |
| 09/01/2011 | Sep Payment | 232.57 | | 1,170.07 |
| 10/01/2011 | Oct Payment | 232.57 | | 1,402.64 |
| 11/01/2011 | Nov Payment | 232.57 | | 1,635.21 |
| 12/01/2011 | Dec Payment | 232.57 | | 1,867.78 |
| 12/02/2011 | City taxes | | 357.97 | 1,509.81 |
| 01/01/2012 | Jan Payment | 232.57 | | 1,742.38 |
| | **Ending balance** | | | **$1,742.38** |

**Actual**

| Date | Activity | Paid in | Paid out | Balance |
|---|---|---:|---:|---:|
| | Beginning balance | | | -$941.49 |
| 02/15/2011 | Jul Payment | 352.20 | | -589.29 |
| 02/24/2011 | Aug Payment | 352.20 | | -237.09 |
| 03/17/2011 | Sep Payment | 352.20 | | 115.11 |
| 03/29/2011 | Homeowners ins pmt | | 1,223.08 | -1,107.97* |
| 04/12/2011 | Oct Payment | 232.57 | | -875.40 |
| 05/13/2011 | Nov Payment | 232.57 | | -642.83 |
| 05/19/2011 | Dec Payment | 232.57 | | -410.26 |
| 06/13/2011 | Jan Payment | 232.57 | | -177.69 |
| 08/10/2011 | Feb Payment | 232.57 | | 54.88 |
| 08/10/2011 | Mar Payment | 232.57 | | 287.45 |
| 08/10/2011 | Apr Payment | 232.57 | | 520.02 |
| 08/10/2011 | May Payment | 232.57 | | 752.59 |
| 08/10/2011 | City tax pmt | | 1,127.29 | -374.70 |
| 08/23/2011 | Misc posting | 208.93 | | -165.77 |
| 09/12/2011 | Jul Payment | 232.57 | | 66.80 |
| 10/13/2011 | Aug Payment | 232.57 | | 299.37 |
| 11/02/2011 | Sep Payment | 232.57 | | 531.94 |
| 11/09/2011 | Oct Payment | 225.49 | | 757.43 |
| | **Ending balance** | | | **$757.43** |



\* Lowest projected balance